COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



67

ORDER

Appellate case name:     Micheal Wayne Barnes v. Harris County Assistant District Attorney
Maritza Antu and Court Appointed Defense Counsel Mary C. A.
Moore

Appellate case number:     01-13-00826-CV

Trial court case number:     2013-21008

Trial court:                           234th District Court of Harris County

On November 7, 2013, appellant, Micheal Wayne Barnes, filed an affidavit of indigence in this court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). On November 14, 2013, the Clerk of this Court sent a copy of the affidavit to the trial court clerk. *See* TEX. R. APP. P. 20.1(c)(1), (d)(2). On January 8, 2014, the district clerk filed a clerk's record on indigence, reflecting that no contest to the affidavit of indigence was filed. *See* TEX. R. APP. P. 20.1(e). Therefore the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.


Judge's signature: /s/ Laura Carter Higley
                                    ☒ Acting individually     ☐ Acting for the Court

Date: January 17, 2014